Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel:  (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiff, Juanita Valadez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA VALADEZ, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,<br><br>DEFENDANTS. | **CASE NO: 1:11-cv-01465-LJO-GSA**<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Date:** December 1, 2011<br>**Time:** 9:00 a.m.<br>**Dept.:** Courtroom 10<br>**Judge:** U.S. Magistrate Gary S. Austin |

Pursuant to the Court's August 31, 2011 Order, a Status (Pre-Trial Scheduling) Conference in the above referenced matter was scheduled for December 1, 2011.  The Order further required the parties to file a joint status report no later than seven (7) days prior to the scheduling conference. Pursuant to the Court's Order, Plaintiff respectfully requests that the Court continue the Mandatory Scheduling Conference scheduled for December 1, 2011 to February 16, 2012, at 9:00 a.m.

On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to this case, and further advised that, based on the allegations of the Complaint, the only entity which should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those representations, Plaintiff filed a First Amended Complaint on October 25, 2011, which removed all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15,

1  2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service
2  with the Court.  Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does
3  not anticipate the Defendant will appear until that date.
4  Given that the new Defendant has not yet appeared, is not obligated to appear, and will not
5  appear, as of the date of the scheduled Mandatory Scheduling Conference, there can be no Joint
6  Scheduling Report submitted to the Court at the conference or any time before then, and there will
7  be no Pretrial Scheduling accomplished at the conference in the absence of the only Defendant's
8  counsel.  Accordingly, Plaintiff believes that continuing the Mandatory Scheduling Conference until
9  February 13, 2012, would provide both parties ample and reasonable time to Meet and Confer and
10 prepare the Joint Scheduling Report.
11 NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel
12 of record, respectfully asks the following:
13 1.  That the Mandatory Scheduling Conference be continued from December 1, 2011,
14 at 9:000 a.m., to February 15, 2012, at 9:30 a.m.; and
15 2.  That the corresponding deadline to file the Joint Scheduling Report, be continued
16 to February 8, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: November 21, 2011         /s/   Joel R. Bryant
                                 Joel R. Bryant, Esq.
                                 Jbryant@gbflawyers.com
                                 Attorney for Plaintiff
                                 JUANITA VALADEZ

**ORDER**

**IT IS ORDERED THAT:**

1. The Mandatory Scheduling Conference is continued from December 1, 2011, at 9:00 a.m., to February 15, 2012, at 9:30 a.m.;

2. The deadline to file the Joint Scheduling Report, be continued to February 8, 2012.

**IT IS SO ORDERED.**

**Dated:   November 22, 2011**                    **/s/ Gary S. Austin**
                                                                **UNITED STATES MAGISTRATE JUDGE**